**FLAHERTY HENNESSY, LLP**
Sarah L. Hennessy, State Bar No. 247220
Raquel A. Flaherty, State Bar No. 237803
8055 W. Manchester Avenue, Suite 420
Playa Del Rey, CA 90293
Telephone: (310) 305-1280
Fax:          (310) 305-1210
Email:       sarah@fhattorneys.com

ZEBERSKY PAYNE SHAW LEWENZ, LLP
Jordan A. Shaw, *Pro Hac Vice*
110 SE 6th Street, Suite 2150
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Fax:          (954) 989-7781
Email:       jshaw@zpllp.com
Secondary email: mperez@zpllp.com

*Attorneys for Plaintiff COURTNEY SILVERMAN*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SILVERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOVE, INC., a California Corporation, and NATIONAL ASSOCIATION OF REALTORS, an Illinois Corporation,<br><br>Defendants. | Case No.: 5:18-cv-05919-BLF<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULES FOR DEFENDANT NATIONAL ASSOCIATION OF REALTORS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM (DKT. NO. 25) AND DEFENDANT MOVE, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR IN THE ALTERNATIVE, TO STAY, THE CASE (DKT. NO. 27)**<br><br>**[PROPOSED] ORDER** |

WHEREAS, Plaintiff COURTNEY SILVERMAN ("Plaintiff") filed her Class Action Complaint (Dkt. No. 1) on September 26, 2018;

WHEREAS, Defendants MOVE, INC. ("Move") and NATIONAL ASSOCIATION OF REALTORS ("NAR") (collectively "Defendants") received service of summonses on or about October 5, 2018 and October 10, 2018, respectively;

1  WHEREAS, the parties previously stipulated, pursuant to Civ. L.R. 6-1(a), to provide Defendants with an extension of time until November 26, 2018 and then again to December 10, 2018, to answer or otherwise respond to the complaint (Dkt. Nos. 11 and 24);

WHEREAS, pursuant to the extensions, on December 10, 2018, NAR filed its Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. No. 25), and Move filed its Motion to Compel Arbitration and to Dismiss, or in the Alternative, to Stay, the Case (Dkt. No. 27);

WHEREAS, the deadline for Plaintiff respond to Defendants' pending Motions is currently December 24, 2018, and the hearings are presently scheduled for May 23, 2019, at 9:00 a.m.;

WHEREAS, due to the length and distinct grounds of Defendants' pending Motions, Plaintiff's counsel inclusion on three (3) January trial dockets, the upcoming holiday season, and the extensive time until the hearing date, Plaintiff requests and Plaintiff and Defendants stipulate, pursuant to Civil L.R. 6-2 and the Court's Standing Order Re Civil Cases, and subject to the Court's approval, to (a) extend the time for Plaintiff to respond to Defendants' Motions by thirty-five (35) days, up to and including, January 28, 2019, and (b) extend the time for Defendants to file their reply papers by seven (7) days, up to and including February 11, 2019;

WHEREAS, the Parties' stipulation would impact the case deadlines as follows:

| **Deadline** | **Current Date** | **Requested Date** |
| --- | --- | --- |
| Plaintiff's Responses Defendants' Motions | December 24, 2018 | January 23, 2019 |
| Defendants' Replies | December 31, 2018 | February 11, 2019 |
| Hearings on Motions | May 23, 2019, 9:00 a.m. | No Change |

1  WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any
2  party;
3  WHEREAS, this stipulation is not intended to operate as an admission of any factual
4  allegation or legal conclusion and is submitted subject to and without waiver of any rights, defenses,
5  affirmative defenses, or objections, including personal jurisdiction, insufficient process, or
6  insufficient service of process; and
7  WHEREAS, the requested modifications will not otherwise impact the schedule for the case;

## **STIPULATION**

9  NOW, THEREFORE, Plaintiff and Defendants stipulate and agree as follows:
10  1. Pursuant to Civil L.R. 6-2 and the Court's Standing Order Re Civil Cases, and subject
11  to the Court's approval, to (a) extend the time for Plaintiff to respond to Defendants' Motions by
12  thirty-five (35) days, up to and including, January 28, 2019, and (b) extend the time for Defendants
13  to file their reply papers by seven (7) days, up to and including February 11, 2019;
14  2. That, by entering this Stipulation, the Parties do not admit any factual allegation or
15  legal conclusion and do not waive any rights, defenses, affirmative defenses, or objections, including
16  personal jurisdiction, insufficient process, or insufficient service of process.

17  DATED: December 19, 2018

19  **FLAHERTY HENNESSY, LLP**

20  By: /s/*Sarah L. Hennessy*
21      Sarah L. Hennessy
        Attorneys for Plaintiff
22      COURTNEY SILVERMAN

23  DATED: December 19, 2018      **ZEBERSKY PAYNE SHAW LEWENZ, LLP**

24  By: */s/Jordan A. Shaw*\*\*
25      Jordan A. Shaw
        Attorneys for Plaintiff
26      COURTNEY SILVERMAN

27      \*\*Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory
        has obtained approval from all other signatories
28

3

DATED: December 19, 2018        **DUANE MORRIS, LLP**
                                By: *<u>/s/Michael L. Fox</u>*
                                    Michael L. Fox
                                    Attorney for Defendants MOVE, INC. and
                                    NATIONAL ASSOCIATION OF REALTORS

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The time for Plaintiff to respond to Defendant National Association of Realtors' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim (Dkt. No. 25), and Defendant Move, Inc.'s Motion to Compel Arbitration and to Dismiss, or in the Alternative, to Stay, the Case (Dkt. No. 27) is extended by thirty-five (35) days, up to and including, January 28, 2019; and the time for Defendants to file their reply papers shall be extended by seven (7) days, up to and including February 11, 2019.

2. By entering their Stipulation, the Parties have not admitted any factual allegation or legal conclusion and have not waived any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process.

DATED: December _____, 2018.

_____
The Honorable Beth Labson Freeman
United States District Court Judge