**FLAHERTY HENNESSY, LLP**
Sarah L. Hennessy, State Bar No. 247220
Raquel A. Flaherty, State Bar No. 237803
8055 W. Manchester Avenue, Suite 420
Playa Del Rey, CA 90293
Telephone: (310) 305-1280
Fax:         (310) 305-1210
Email:      sarah@fhattorneys.com

ZEBERSKY PAYNE SHAW LEWENZ, LLP
Jordan A. Shaw, *Pro Hac Vice*
110 SE 6th Street, Suite 2150
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Fax:         (954) 989-7781
Email:      jshaw@zpllp.com
Secondary email: mperez@zpllp.com

*Attorneys for Plaintiff COURTNEY SILVERMAN*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SILVERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOVE, INC., a California Corporation, and NATIONAL ASSOCIATION OF REALTORS, an Illinois Corporation,<br><br>Defendants. | Case No.: 5:18-cv-05919-BLF<br><br>**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULES AND TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[PROPOSED] ORDER** |

WHEREAS, Plaintiff COURTNEY SILVERMAN ("Plaintiff") filed her Class Action Complaint (Dkt. No. 1) on September 26, 2018;

WHEREAS, pursuant to stipulated extensions (Dkt. Nos. 11 and 24), on December 10, 2018, NAR filed a Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim ("NAR's Motion to Dismiss") (Dkt. No. 25), and Move filed a Motion to Compel Arbitration and to Dismiss, or in the Alternative, to Stay, the Case (Dkt. No. 27) ("Move's Motion to Dismiss");

1    WHEREAS, the deadline for Plaintiff to respond to Defendants' pending Motions was

2    January 28, 2019, and the hearings are presently scheduled for May 23, 2019, at 9:00 a.m.;

3    WHEREAS, on January 23, 2019, Defendant Move filed an Amended Motion to Dismiss

4    (Dkt. No. 37);

5    WHEREAS, Plaintiff's Response to Move's Amended Motion to Dismiss is currently due on

6    February 6, 2019;

7    WHEREAS, on January 23, 2019, the parties filed a Joint Stipulation to Continue the Case

8    Management Conference ("CMC") for six (6) weeks, to March 21, 2019, to allow the parties

9    additional time to further meet and confer regarding a potential modification of the briefing schedule

10   and regarding an additional continuance of the CMC until after the hearing on Defendants' Motions

11   (Dkt. No. 39);

12   WHEREAS, on January 28, 2019 (per Dkt. No. 29), in lieu of filing a Memorandum in

13   Opposition to NAR's Motion to Dismiss, Plaintiff filed a First Amended Complaint;

14   WHEREAS, on February 4, 2019, Defendants filed a Motion to Strike Plaintiff's Amended

15   Complaint with a hearing date set for June 27, 2019 (Dkt. No. 43);

16   WHEREAS, a ruling on the Motion to Strike will determine which of Plaintiff's two (2)

17   pleadings is operative.  For this reason, Plaintiff requests and Plaintiff and Defendants stipulate,

18   pursuant to Civil L.R. 6-2 and the Court's Standing Order Re Civil Cases, and subject to the Court's

19   approval, to the following:

20   • Plaintiff will respond to Defendants' Motion to Strike by or before March 10, 2019, and

21   Defendants will file a reply by or before March 25, 2019;

22   • A hearing on the Motion to Strike shall take place on May 23, 2019, the date previously

23   scheduled for Defendants' motions to dismiss, and the hearing on Defendants' motion to

24   dismiss will be rescheduled as set forth below;

25   • If the Court denies Defendants' Motion to Strike, Defendants shall have twenty (20) days

26   to renew their motions to dismiss or otherwise respond to Plaintiff's Amended

27   Complaint;

28

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULES RE DKT. NOS. 25 AND 27 [PROPOSED] ORDER**

- If the Court grants Defendants' Motion to Strike, Plaintiff shall have twenty (20) days to respond to Defendant Move's Amended Motion to Dismiss, and Move will have ten (10) days thereafter to file a reply brief in support of its Amended Motion to Dismiss;

- If necessary, the Court will set a hearing on Defendants' motions to dismiss for the earliest available hearing date at least thirty-five (35) days from a ruling denying the Motion to Strike;

WHEREAS, the parties further request and stipulate to, subject to the Court's approval, a continuance of the CMC until July 12, 2019, seven (7) weeks after the May 23, 2019 hearing on Defendants' Motion to Strike;

WHEREAS, this stipulation is not made for any improper purpose and will not prejudice any party;

WHEREAS, this stipulation is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process; and

WHEREAS, the requested modifications will not otherwise impact the schedule for the case;

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Defendants stipulate and agree as follows:

1.      Pursuant to Civil L.R. 6-2 and the Court's Standing Order Re Civil Cases, and subject to the Court's approval, the parties stipulate that:

- Plaintiff will respond to Defendants' Motion to Strike by or before March 10, 2019, Defendants' will file a reply by or before March 25, 2019;

- A hearing on the Motion to Strike shall take place on May 23, 2019, the date previously scheduled for Defendants' motions to dismiss, and the hearing on Defendants' motion to dismiss will be rescheduled as set forth below;

- If the Court denies Defendants' Motion to Strike, Defendants shall have twenty (20) days to renew their Motions to Dismiss or otherwise respond to Plaintiff's Amended Complaint;

- If the Court grants Defendants' Motion to Strike, Plaintiff shall have twenty (20) days to respond to Defendant Move's Amended Motion to Dismiss. Thereafter, Move will have ten (10) days to file a reply brief in support of its Amended Motion to Dismiss;

- If necessary, the Court will set a hearing on Defendants' motions to dismiss for the earliest available hearing date at least thirty-five (35) days from a ruling denying the Motion to Strike;

- the CMC is continued until 11:00 am on July 12, 2019, seven (7) weeks after the May 23, 2019 hearing on Defendants' Motion to Strike;

2.     By entering this Stipulation, the Parties do not admit any factual allegation or legal conclusion and do not waive any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process.

DATED: February 6, 2019

**FLAHERTY HENNESSY, LLP**

By: */s/Sarah L. Hennessy*
    Sarah L. Hennessy
    Attorneys for Plaintiff
    COURTNEY SILVERMAN

DATED: February 6, 2019     **ZEBERSKY PAYNE SHAW LEWENZ, LLP**

By: */s/Jordan A. Shaw**
    Jordan A. Shaw
    Attorneys for Plaintiff
    COURTNEY SILVERMAN

    **Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from all other signatories

DATED: February 6, 2019     **DUANE MORRIS, LLP**
By: */s/Michael L. Fox*
    Michael L. Fox

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULES RE DKT. NOS. 25 AND 27
[PROPOSED] ORDER**

Robin McGrath
Rebecca M. Lamberth
Kenneth B. Franklin
Duane Morris, LLP
Attorneys for Defendants
MOVE, INC., and NATIONAL ASSOCIATION OF
REALTORS

**JOINT STIPULATION TO MODIFY BRIEFING SCHEDULES RE DKT. NOS. 25 AND 27 [PROPOSED] ORDER**

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1.      Plaintiff will respond to Defendants' Motion to Strike by or before March 10, 2019, Defendants' will file a reply by or before March 25, 2019;

2.      A hearing on the Motion to Strike shall take place on May 23, 2019, the date previously scheduled for Defendants' motions to dismiss, and the hearing on Defendants' motion to dismiss will be rescheduled as set forth below;

3.      If the Court denies Defendants' Motion to Strike, Defendants shall have twenty (20) days to renew their motions to dismiss or otherwise respond to Plaintiff's Amended Complaint;

4.      If the Court grants Defendants' Motion to Strike, Plaintiff shall have twenty (20) days to respond to Defendant Move's Amended Motion to Dismiss.  Thereafter, Move will have ten (10) days to file a reply brief in support of its Amended Motion to Dismiss;

5.      If necessary, the Court will set a hearing on Defendants' motions to dismiss for the earliest available hearing date at least thirty-five (35) days from a ruling denying the Motion to Strike;

6.      The CMC is continued until 11:00 am on July 12, 2019, seven (7) weeks after the May 23, 2019 hearing on Defendants' Motion to Strike;

7.      By entering their Stipulation, the Parties have not admitted any factual allegation or legal conclusion and have not waived any rights, defenses, affirmative defenses, or objections, including personal jurisdiction, insufficient process, or insufficient service of process.

DATED: February _____, 2019.


                                                                  _____
                                                                  The Honorable Beth Labson Freeman
                                                                  United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULES RE DKT. NOS. 25 AND 27
[PROPOSED] ORDER