UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COURTNEY SILVERMAN,<br>Plaintiff,<br>v.<br>MOVE INC, et al.,<br>Defendants. | Case No. 18-cv-05919-BLF<br><br>**ORDER GRANTING RULE 12(F) MOTION TO STRIKE FIRST AMENDED COMPLAINT**<br><br>[Re: ECF 43] |

Before the Court is Defendants Move Inc. and National Association of Realtors's motion to strike Plaintiff Courtney Silverman's First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12(f) ("Rule"). ECF 43. On December 10, 2018, Defendant Move Inc. filed a motion to compel arbitration and to dismiss and Defendant National Association of Realtors filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim under Rules 12(2) and 12(6). ECF 25, 27. Under Rule 15(a)(1)(A), Plaintiff's deadline to amend her Complaint as a matter of right was December 31, 2018. That deadline came and went without amendment. On January 28, 2019, 49 days after Defendants filed their responsive pleadings, Plaintiff filed her FAC without receiving Defendants' or the Court's consent as required by Rule 15(a)(2). Because Plaintiff did not comply with Rule 15's requirements, her FAC is untimely.

To defend her actions, Plaintiff relies on the Court's order granting the parties' "joint stipulation to modify the briefing schedule." *See* Opp. at 8–9 (citing ECF 31). But as the name suggests, and the text therein makes clear, this stipulation cannot reasonably be read as extending the deadline to amend as of right under Rule 15. Thus, her deadline was December 31, 2018. Because Plaintiff did not receive Defendants' consent or seek (and receive) leave to amend from this Court, she failed to comply with Rule 15. As a result, Defendants properly moved to strike

the pleading under Rule 12(f) as untimely. *See Brown v. Wireless Networks, Inc.*, 2007 WL 3105069, at *1 (N.D. Cal. Oct. 23, 2007) ("A court may strike a complaint where a plaintiff has failed to comply with Rule 15(a)."); *Sutton v. Holz*, 2007 WL 3027345, at *1 (N.D. Cal. Oct. 15, 2007).

For the foregoing reasons, the First Amended Complaint is STRICKEN.

**IT IS SO ORDERED.**

Dated: March 6, 2019

_____
BETH LABSON FREEMAN
United States District Judge