Sarah L. Hennessy, Esq.
**FLAHERTY HENNESSY, LLP**
8055 W. Manchester Avenue, Suite 420
Playa Del Rey, CA
Telephone: 310.305.1280
Fax: 310.305.1210
Email: sarah@fhattorneys.com

Jordan A. Shaw, Esq.
Pro Hac Vice Granted
Edward H. Zebersky, Esq.
Pro Hac Vice Granted
Mark Fistos, Esq.
Pro Hac Vice Granted
Candace Phillips, Esq.
Pro Hac Vice Granted

**ZEBERSKY PAYNE SHAW LEWENZ, LLP**
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com
Secondary Email: mperez@zpllp.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SILVERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOVE, INC., a California Corporation, and NATIONAL ASSOCIATION OF REALTORS, an Illinois Corporation, Defendants.<br><br>Defendants. | Case No: 5:18-cv-05919-BLF<br><br>**NOTICE OF APPEAL** |

**Plaintiff's Notice of Appeal**                                            Case No.: 5:18-cv-05919-BLF

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Courtney Silverman, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order (ECF No. 66), Order Granting Without Leave to Amend National Association of Realtors' Motion to Dismiss for Lack of Personal Jurisdiction; Granting Move, Inc's Amended Motion to Compel Arbitration; Staying Action and Vacating Case Management Conference, entered on June 24, 2019.

FLAHERTY HENNESSY, LLP
8055 W. Manchester Avenue, Suite 420
Playa Del Rey, CA 90293
Phone: 310.305.1280
Fax:    310.305.1210
Email: sarah@fhattorneys.com

By: */s/ Sarah L. Hennessy*
     SARAH L. HENNESSY, ESQ.

ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com
Secondary Email: mperez@zpllp.com

_____
JORDANA SHAW, ESQ.
*Pro Hac Vice Granted*
EDWARD H. ZEBERSKY, ESQ.
*Pro Hac Vice Granted*
MARK S. FISTOS, ESQ.
*Pro Hac Vice Granted*
CANDACE PHILLIPS, ESQ.
*Pro Hac Vice Granted*