UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

COURTNEY SILVERMAN, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

v.

MOVE, INC., a California corporation and NATIONAL ASSOCIATION OF REALTORS, an Illinois corporation,

        Defendants - Appellees.

No. 19-16468

D.C. No. 5:18-cv-05919-BLF
U.S. District Court for Northern California, San Jose

**ORDER**

The motion filed by the appellant on October 14, 2019 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7