Sarah L. Hennessy, Esq.
**FLAHERTY HENNESSY, LLP**
8055 W. Manchester Avenue, Suite 420
Playa Del Rey, CA
Telephone: 310.305.1280
Fax: 310.305.1210
Email: sarah@fhattorneys.com

Jordan A. Shaw, Esq.
Pro Hac Vice Granted
Edward H. Zebersky, Esq.
Pro Hac Vice Granted
Mark Fistos, Esq.
Pro Hac Vice Granted
Candace Phillips, Esq.
Pro Hac Vice Granted

**ZEBERSKY PAYNE SHAW LEWENZ, LLP**
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com
Secondary Email: mperez@zpllp.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY SILVERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MOVE, INC., a California Corporation, and NATIONAL ASSOCIATION OF REALTORS, an Illinois Corporation, Defendants.<br><br>Defendants. | Case No: 5:18-cv-05919-BLF<br><br>**JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated June 24, 2019 (DE 66), Plaintiff Courtney Silverman (hereinafter "Plaintiff") and Defendant Move, Inc. (hereinafter "Defendant") provides the following status report:

Following this Court's Order staying the instant case pending an Arbitrator's determination of arbitrability, on July 24, 2019, Plaintiff filed its Notice of Appeal to the United States Court of Appeals for the Ninth Circuit directed at the Court's Order Granting Without Leave to Amend National Association of Realtors' Motion to Dismiss for Lack of Personal Jurisdiction; Granting Move, Inc.'s Amended Motion to Compel Arbitration; Staying Action and Vacating Case Management Conference (DE 66).

On September 27, 2019, Defendant filed its Motion to Dismiss Appeal for Lack of Jurisdiction, which alleged that the Court's stay of the proceeding was a non-appealable non-final order and that Plaintiff could not take such an appeal unless the matter is ultimately dismissed following the Arbitrator's decision. On October 14, 2019, after conferral between Counsel, the Parties filed a Stipulated Motion to Voluntarily Dismiss Appeal. An Order granting the Stipulation was granted on October 18, 2019.  The parties engaged in brief settlement negotiations, which have not yet proved fruitful. Plaintiff is now preparing to initiate Arbitration in Florida, per the governing documents, and expects Arbitration to commence by or before the first quarter of 2020.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

| | |
|---|---|
| FLAHERTY HENNESSY, LLP<br>8055 W. Manchester Avenue, Suite 420<br>Playa Del Rey, CA 90293<br>Phone: 310.305.1280<br>Fax:    310.305.1210<br>Email: sarah@fhattorneys.com<br><br>By: */s/ Sarah L. Hennessy*<br>    SARAH L. HENNESSY, ESQ. | ZEBERSKY PAYNE SHAW LEWENZ, LLP<br>110 S.E. 6th Street, Suite 2150<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 989-6333<br>Facsimile: (954) 989-7781<br>Primary Email: jshaw@zpllp.com<br>Secondary Email: mperez@zpllp.com<br><br>_____<br>JORDAN A. SHAW, ESQ.<br>*Pro Hac Vice Granted*<br>EDWARD H. ZEBERSKY, ESQ.<br>*Pro Hac Vice Granted*<br>MARK S. FISTOS, ESQ.<br>*Pro Hac Vice Granted*<br>CANDACE PHILLIPS, ESQ.<br>*Pro Hac Vice Granted*<br><br>*Attorneys for Plaintiff* |

DUANE MORRIS LLP
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: mlfox@duanemorris.com
rlmcgrath@duanemorris.com
rmlamberth@duanemorris.com
kbfranklin@duanemorris.com

By: */s/Robin McGrath*
ROBIN MCGRATH, ESQ.
*Pro Hac Vice Granted*
REBECCA M. LAMBERTH, ESQ.
*Pro Hac Vice Granted*
KENNETH B. FRANKLIN, ESQ.
*Pro Hac Vice Granted*

*Attorneys for Defendants*