Sarah L. Hennessy, Esq.
**FLAHERTY HENNESSY, LLP**
8055 W. Manchester Avenue, Suite 420
Playa Del Rey, CA
Telephone: 310.305.1280
Fax: 310.305.1210
Email: sarah@fhattorneys.com

Jordan A. Shaw, Esq.
Pro Hac Vice Granted
Edward H. Zebersky, Esq.
Pro Hac Vice Granted
Mark Fistos, Esq.
Pro Hac Vice Granted
Candace Phillips, Esq.
Pro Hac Vice Granted

**ZEBERSKY PAYNE SHAW LEWENZ, LLP**
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email: jshaw@zpllp.com
Secondary Email: mperez@zpllp.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY SILVERMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MOVE, INC., a California Corporation, and NATIONAL ASSOCIATION OF REALTORS, an Illinois Corporation, Defendants. <br><br> Defendants. | Case No: 5:18-cv-05919-BLF <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Case No.: **5:18-cv-05919-BLF**

**COME NOW** Plaintiff Courtney Silverman and Defendants Move, Inc., and National Association of Realtors, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2nd day of March, 2020.

| | |
|---|---|
| FLAHERTY HENNESSY, LLP<br>8055 W. Manchester Avenue, Suite 420<br>Playa Del Rey, CA 90293<br>Phone: 310.305.1280<br>Fax:    310.305.1210<br>Email: sarah@fhattorneys.com<br><br>By: */s/ Sarah L. Hennessy*<br>      SARAH L. HENNESSY, ESQ. | ZEBERSKY PAYNE SHAW LEWENZ, LLP<br>110 S.E. 6th Street, Suite 2150<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 989-6333<br>Facsimile: (954) 989-7781<br>Primary Email: jshaw@zpllp.com<br>Secondary Email: mperez@zpllp.com<br><br>*/s/Jordan A. Shaw*<br>JORDAN A. SHAW, ESQ.<br>*Pro Hac Vice Granted*<br>EDWARD H. ZEBERSKY, ESQ.<br>*Pro Hac Vice Granted*<br>MARK S. FISTOS, ESQ.<br>*Pro Hac Vice Granted*<br>CANDACE PHILLIPS, ESQ.<br>*Pro Hac Vice Granted*<br><br>*Attorneys for Plaintiff* |

DUANE MORRIS LLP
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901
Email: mlfox@duanemorris.com
rlmcgrath@duanemorris.com
kbfranklin@duanemorris.com

*/s/Robin McGrath*
ROBIN MCGRATH, ESQ.
*Pro Hac Vice Granted*
KENNETH B. FRANKLIN, ESQ.
*Pro Hac Vice Granted*

*Attorneys for Defendants*

Case No.: 5:18-cv-05919-BLF